318

GINGER *v.* KELLEY, ATTORNEY GENERAL OF MICHIGAN, ET AL.

No. 1374, Misc.  Decided March 23, 1970

*Aloysius J. Suchy* for appellees Buback et al.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

NIEDER *v.* FULLERTON, TRUSTEE, ET AL.

No. 1403, Misc.  Decided March 23, 1970

*Alfred C. Clapp* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.